

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00019-CV

## IN THE MATTER OF THE GUARDIANSHIP
## OF BETTY J. MANESS, AN ALLEGED
## INCAPACITATED PERSON

**From the County Court at Law
Walker County, Texas
Trial Court No. 7875G**

## MEMORANDUM OPINION

Appellant, Betty J. Maness, appealed the trial court's order appointing the Texas Department of Aging and Disability Services as permanent guardian of Maness. Maness's appellate brief was due February 25, 2010. By letter dated March 8, 2010, the Clerk of this Court notified Maness that no brief had been filed. The Clerk further warned Maness that the appeal may be dismissed for want of prosecution unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal. More than 21 days have passed, and we have not received a response from Maness.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.3(b).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed April 14, 2010
[CV06]